UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAX LOPEZ, JR., | ) | 1:95-CV-5947 OWW WMW P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #147) |
| G. A. SMITH, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2006, plaintiff filed a motion to extend time to file and prepare dispositive motions. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his dispositive motions.

IT IS SO ORDERED.

**Dated:   March 13, 2006**          /s/  William M. Wunderlich
j14hj0                                                 UNITED STATES MAGISTRATE JUDGE