IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX LOPEZ, JR., | 1:95-CV-5947 OWW WMW P |
| Plaintiff, | **ORDER** |
| v. | |
| G. A. SMITH, et al., | |
| Defendants. | |

The Court, having considered Defendants' request for a second extension of time to file a dispositive motion, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and thirty days from the date of this order to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   April 3, 2006**          /s/  William M. Wunderlich
j14hj0                                        UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*
1