IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX LOPEZ, JR.,

        Plaintiff,                  CV F 95 5947 OWW WMW   P

  vs.                              ORDER RE MOTION (DOC 152 )

G. A. SMITH, et al.,

        Defendants.

      Plaintiff has filed a request for extension of time in which to file a dispositive motion.  Good cause appearing, the deadline for the filing of dispositive motions is extended to June 30, 2006.

IT IS SO ORDERED.

**Dated:   May 31, 2006**                    **/s/  William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE