IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX LOPEZ,

    Plaintiff,                    CV F 95 5947 OWW WMW   P

  vs.                              SCHEDULING ORDER

G. A. SMITH, et al.,

    Defendants.

      On February 27, 2006, defendants sought an extension of time in which to file a dispositive motion in accordance with the December 8, 2005, scheduling order. Despite extensions of time, defendants have not filed a dispositive motion. The court will grant defendants a further extension of time in which to file a dispositive motion. Should defendants fail to file a dispositive motion, the court will set trial and pretrial dates.

      Accordingly, IT IS HEREBY ORDERED that defendants are granted an extension of time of thirty days from the date of service of this order in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:**   **December 1, 2006**         /s/ **William M. Wunderlich**
j14hj0                                   UNITED STATES MAGISTRATE JUDGE

1