UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAX LOPEZ, JR., | ) | 1:95-CV-5947 LJO WMW PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #164) |
| v. | ) | |
| | ) | |
| G. A. SMITH, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2007, plaintiff filed a motion to extend time to file a response to defendant's motion summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:   March 13, 2007**           **/s/  William M. Wunderlich**
j14hj0                                         UNITED STATES MAGISTRATE JUDGE