IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX LOPEZ,

    Plaintiff,

vs.

G. A. SMITH, et al.,

    Defendants.

CV F 95 5947 LJO WMW P

ORDER RE: FINDINGS & RECOMMENDATIONS (#169)

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 5, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within twnety days. No objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 5, 2007, are adopted in full; and

2. Defendants' motion for summary judgment is granted on Plaintiff's claim of deliberate indifference regarding inadequate diet.

3. Plaintiff's claim of denial of outdoor exercise is dismissed for failure to state a claim.

4. Plaintiff's cruel and unusual punishment claim regarding the bus transfer is dismissed.

5. Plaintiff's claim as to Defendant Smith is dismissed, and Defendant Smith is dismissed from this action.

6. This action is remanded to the Magistrate Judge for pretrial proceedings on Plaintiff's failure to protect claims against Defendant Yates..

IT IS SO ORDERED.

**Dated:** September 27, 2007            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE