IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAX LOPEZ, JR.,** | 1:95-cv-5947 LJO WMW P |
| Plaintiff, | **ORDER** |
| v. | |
| **G. A. SMITH, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file their pretrial statement, and good cause having been found:

**IT IS HEREBY ORDERED**:  Defendants shall be granted an extension of time, to and including March 18, 2008, to complete and file Defendants' pretrial statement.

IT IS SO ORDERED.

**Dated:   March 5, 2008**                      /s/  William M. Wunderlich
                                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1