IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX LOPEZ, JR. | CASE NO. CV-F-95-5947- LJO- WMW-P |
| Plaintiff, | **ORDER VACATING TRIAL DATE AND SETTING DEADLINES FOR SETTLEMENT NEGOTIATIONS** |
| vs. | |
| G.A. SMITH, et al., | |
| Defendants. | |

This Court conducted a trial confirmation on May 29, 2008. Plaintiff appeared in propria persona by telephone. Defendants appeared by telephone by Deputy Attorney General Constance Picciano. After discussion with plaintiff and defense counsel, the Court orders as follows:

1. Trial set in this matter for July 7, 2008 is VACATED.

2. The Court will issue an order for service on the new defendants named in the Amended Complaint filed on July 22, 2002.

3. Plaintiff shall serve on defendants, through defense counsel, a written settlement demand within ten (10) days of the date of this order.

4. Within 45 days of the date of this order, defense counsel shall file a status report with the Court indicating the status of the settlement negotiations. In the status report, counsel shall indicate if the parties request the Court set a settlement conference. If the parties do not desire a settlement conference, the Court will set a trial setting conference.

IT IS SO ORDERED.

Dated:   May 29, 2008                        /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE