IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX LOPEZ,

       Plaintiff,            1: 95 CV 5947 LJO WMW PC

  vs.                            ORDER

G. A. SMITH, et al.,

       Defendants.

     Defendants' status report, filed on July 16, 2008, seeks and extension of time in which to file a second status report with the court.  The court finds the request to be supported by good cause.  Accordingly, IT IS HEREBY ORDERED that Defendants' second status report is due forty-five days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 18, 2008**                      /s/  William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE