IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX LOPEZ, JR.,

       Plaintiff,                1: 95 CV 5947 LJO WMW PC

   vs.                         ORDER

G. A. SMITH, et al.,

       Defendants.

    Defendants have requested an extension of time in which to file a status report in accordance with the order entered on July 18, 2008. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted an extension of time to December 30, 2008, in which to file a status report.

IT IS SO ORDERED.

**Dated:   November 14, 2008**          **/s/  William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE