IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAX LOPEZ, JR.,

      Plaintiff,              1: 95 CV 05947 LJO WMW PC

  vs.                          ORDER

G.A. SMITH, et al.,

      Defendants.

     On December 30, 2008, counsel for Defendants submitted to the Court a notice re status of settlement negotiations. The notice informed the Court that the parties have reached a settlement in this matter. Counsel noted that she had not received the signed originals from Plaintiff for filing.

     Accordingly, IT IS HEREBY ORDERED that counsel for defendant shall file, within thirty days of the date of service of this order, a status report regarding the stipulated dismissal. IT IS SO ORDERED.

**Dated:   February 11, 2009**          /s/  **William M. Wunderlich**
                                                         UNITED STATES MAGISTRATE JUDGE