EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
KENNETH R. WILLIAMS
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6453
 Fax: (916) 324-5205
 Email: Constance.Picciano@doj.ca.gov

Attorneys for Defendants Acevedo, Loo, McCaghren,
McClure, Patterson, Smith, Tierney and Yates

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAX LOPEZ, JR.,**<br><br>                                   Plaintiff,<br><br>          v.<br><br>**G. A. SMITH, et al.,**<br><br>                                   Defendants. | 1:95-cv-5947 LJO WMW P<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

///
///
///
///
///
///
///

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
1

1   IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
2   above entitled action shall be dismissed with prejudice as to all Defendants.

4   Dated:

    Max Lopez, Jr. (D-33650
    Plaintiff

8   Dated:

    Constance L. Picciano
    Deputy Attorney General
    Attorneys for Defendants

12  IT IS SO ORDERED.

13  **Dated:   February 18, 2009**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

2